**Form 129**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Rick A. Dierfield**
**Louann Dierfield**
   Debtor(s)

Bankruptcy Case No.: 18–24026–JAD

Chapter: 7

# FINAL DECREE

The estate of the above named debtor has been fully administered.

**IT IS ORDERED THAT:**

   Charles O. Zebley Jr. is discharged as trustee of the estate of the above named Debtor(s) and the bond is cancelled; the Chapter 7 case of the above named Debtor(s) is closed.

Dated: March 13, 2019

Jeffery A. Deller
United States Bankruptcy Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                       Case No. 18-24026-JAD
Rick A. Dierfield                                            Chapter 7
Louann Dierfield
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: admin              Page 1 of 1         Date Rcvd: Mar 13, 2019
                              Form ID: 129             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2019.
db/jdb         +Rick A. Dierfield,    Louann Dierfield,    811 Mustang Avenue,    New Castle, PA 16102-1267

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2019 at the address(es) listed below:
              Charles O. Zebley, Jr.    on behalf of Trustee Charles O. Zebley, Jr. COZ@Zeblaw.com,
               PA67@ecfcbis.com;Lyndie@Zeblaw.com
              Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
              James   Warmbrodt    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              Louis R. Pomerico    on behalf of Joint Debtor Louann  Dierfield info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Louis R. Pomerico    on behalf of Debtor Rick A. Dierfield info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
                                                                                              TOTAL: 6